IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP E. RAMSEY,** | : | Civil No. 1:17-cv-2278 |
| Plaintiff, | : | |
| v. | : | |
| **HARRISBURG HILTON,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 12th day of December, 2017, **IT IS HEREBY ORDERED** that:

1) Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is **DENIED** without prejudice.

2) Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice. Plaintiff is granted leave to file an amended complaint within twenty (20) days of the date of this order, which shall address the deficiencies set forth in the accompanying memorandum. Failure to file an amended complaint in a timely fashion shall be deemed an abandonment of these claims and this matter shall be dismissed with prejudice.

 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge